1  Elen Meder
2  3245 Geary Blvd. #591353
3  SF, CA 94118
4  Phone: 925-405-7796
5  Email: ElenMeder@gmail.com

FILED
JUL 01 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Elen Meder et al., IN PRO SE<br>Petitioners & Movants,<br><br>vs.<br><br>COUNTY OF SAN FRANCISCO,<br>HUMAN SERVICES AGENCY,<br>DEPARTMENT OF HUMAN SERVICES<br>Respondent | Case No: 20-cv-01200-WHO<br><br>ADMINISTRATIVE MOTION<br>TO SEAL CASE |
|---|---|

With this Administrative Motion, the Petitioners and Movants Elen & Walter Meder (The Meders) are moving this Court to SEAL CASE.

Pursuant to Fed.R.Civ.P. 79-5., this Administrative Motion is accompanied by declarations of both of the Meders and proposed order. This Administrative Motion is served on all parties that have appeared in the Case.

**INTRODUCTION**

The Meders have a right to file a complaint with this Court and ask this Court to decide on it. This Court Case contains full personal data, biographical and demographical information of each of the Meders, among others.

## ISSUE PRESENTED

The Meders are political asylum seekers in the USA due to long-running prosecution in Germany. The Meders's asylum applications are pending. Under these circumstances, The Meders' privacy must be kept confidential as established by the federal regulations at 8 CFR 208.6. "Disclosure to third parties."

The federal regulations at 8 CFR 208.6 protect the Confidentiality of asylum Applicants prohibiting the disclosure to third parties of information contained in or penetrating to asylum applications.

The Synopsis of 10/18/2012, prepared by the USCIS Asylum Division[1] provides, in pertinent part, that "this regulation (CFR 208.6) safeguards information that, if disclosed publicly, could subject the claimant to retaliatory measures by government authorities or non-state actors in the event that the claimant is repatriated, or endanger the security of the claimant's family members who may still be residing in the country of origin (...)"

## CONCLUSION

The reasons set forth above to Seal Case are based solely on 8 CFR 208. 6. Pursuant to Fed.R.Civ.P. 79-5 (b)., this Case is entitled to protection under the law. Wherefore, the Meders respectfully request this Court to Seal Case.

Respectfully submitted,

Dated: 06/30/2020

_____
Elen Meder        Walter Meder

---

[1] Protecting the Confidentiality of Asylum Applicants
https://www.uscis.gov/sites/default/files/USCIS/Outreach/Notes%20from%20Previous%20Engagements/2012/December%202012/Asylum-ConfidentialityFactSheet.pdf