## DECLARATION OF WALTER MEDER

I, Walter Meder, Petitioner and Movant IN PRO SE, hereby declare the following under penalty of injury:

1. I am a political asylum seeker in the USA from Germany. Since 2017, my asylum application is pending.

2. Due to these circumstances, I keep all my and my spouse's dates strictly confidential. I do not register myself in any social media portals. I avoid publications on the Internet about my spouse and me, and I am checking this permanently.

3. This Court Case contains my data. Including my full name, the date of birth; biographical and demographical information; actual residence and mailing addresses; email ID; cell phone number; copies of valid California ID and Employment ID - both with Photos and individual signatures; USCIS acknowledgment receipt with A-number, copy of Social Security Cards consisting SSN, etc.

4. This Court Case with my data is copied from the Court dockets by internet companies for further sales via the Internet. Internet companies also copy the record from each other, spreading my data through the Internet worldwide.

https://www.govinfo.gov/app/details/USCOURTS-cand-3_20-cv-01200

https://www.pacermonitor.com/public/case/32407914/Meder_et_al_v_City_and_County_of_San_Francisco,_Human_Service_Agency support@pacermonitor.com

https://www.courtlistener.com/docket/16859741/meder-v-city-and-county-of-san-francisco-human-service-agency/ info@free.law

https://www.leagle.com/decision/infdco20200309724 https://www.leagle.com/contact-us

Dated: 06/30/2020

_____
Walter Meder

## DECLARATION OF ELEN MEDER

I, Elen Meder, Petitioner and Movant IN PRO SE, hereby declare the following under penalty of injury:

1. I am a political asylum seeker in the USA from Germany. Since 2016, my asylum application is pending.

2. Due to these circumstances, I keep all my and my spouse's dates strictly confidential. I do not register myself in any social media portals. I avoid publications on the Internet about my spouse and me, and I am checking this permanently.

3. This Court Case contains my data. Including my full name, the date of birth; biographical and demographical information; actual residence and mailing addresses; email ID; cell phone number; copies of valid California ID and Employment ID - both with Photos and individual signatures; USCIS acknowledgment receipt with A-number, copy of Social Security Cards consisting SSN, etc.

4. This Court Case with my data is copied from the Court dockets by internet companies for further sales via the Internet. Internet companies also copy the record from each other, spreading my data through the Internet worldwide.

https://www.govinfo.gov/app/details/USCOURTS-cand-3_20-cv-01200

https://www.pacermonitor.com/public/case/32407914/Meder_et_al_v_City_and_County_of_San_Francisco,_Human_Service_Agency support@pacermonitor.com

https://www.courtlistener.com/docket/16859741/meder-v-city-and-county-of-san-francisco-human-service-agency/ info@free.law

https://www.leagle.com/decision/infdco20200309724 https://www.leagle.com/contact-us

Dated: 06/30/2020                                  _____
                                                   Elen Meder