UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEN MEDER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HUMAN SERVICE AGENCY,<br><br>    Defendant. | Case No. 20-cv-01200-WHO<br><br>**ORDER ON MOTION TO SEAL**<br><br>Re: Dkt. No. 19 |

Pro se plaintiffs Elen and Walter Meder have filed a "motion to seal" this closed case. Dkt. No. 19. In their motion, plaintiffs point out that the complaint and exhibits they filed in this case contain personal information including their full dates of birth, social security numbers, asylum application information, as well as details and photocopies of their personal identification cards. They ask me to "seal this case" to prevent disclosure of that confidential and sensitive information.

The appropriate remedy is to seal the complaint and its exhibits. That will prevent anyone outside of the court from accessing those documents in the future. However, the decisions of Judge Corley and myself – which led to the dismissal of this case and its appeal to the Ninth Circuit by the Meders – and the other filings in this case will not be sealed. No particularly sensitive or protectable information is disclosed in those filings and opinions.

Therefore, the Meders' request to seal is GRANTED in part. The Clerk shall seal the complaint and exhibits at Dkt. No. 1.

**IT IS SO ORDERED.**

Dated: July 6, 2020

William H. Orrick
United States District Judge