UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEN MEDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, HUMAN SERVICE AGENCY, <br><br> Defendant. | Case No. 20-cv-01200-WHO <br><br> **DENYING FURTHER MOTION TO SEAL** <br><br> Re: Dkt. No. 21 |

Plaintiffs' further motion to seal information disclosed in this case – specifically their names and their contact information (the P.O. Box where they receive mail, a cell phone number, and the email address for Elen Meder) as reflected on the docket and required for service on pro se litigants) is DENIED. No compelling justification merits sealing this basic information.

**IT IS SO ORDERED.**

Dated: August 10, 2020



William H. Orrick
United States District Judge