UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEN MEDER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HUMAN SERVICE AGENCY,<br><br>        Defendant. | Case No. 20-cv-01200-WHO<br><br>**ORDER DENYING SECOND MOTION TO SEAL** |

Plaintiffs' second administrative motion to seal the case (received August 19, 2020) is DENIED. 8 C.F.R. § 208.6 – the sole authority on which plaintiffs rely – restricts disclosure *by the government* of information in asylum applications and related records. The contents of any asylum applications or related records are not publicly available through *this* case file. What is available, as noted before, is information voluntarily provided by plaintiffs; their email addresses, cell phone numbers, and mailing addresses. No compelling justifications have been shown to seal that limited information.

Relatedly, plaintiffs have not shown a compelling justification requiring the sealing of the whole case. They chose to file this case in federal court without seeking leave to proceed anonymously. More significantly, plaintiffs' status as asylum applicants living in San Francisco has previously been publicly disclosed in the related state court proceedings, including in the unpublished California Court of Appeal decision from October 2019.

No further motions to seal will be accepted or addressed by this Court.

**IT IS SO ORDERED.**

Dated: August 21, 2020

William H. Orrick
United States District Judge