DOCUMENT SUBMITTED UNDER SEAL

1  Elen Meder
2  3245 Geary Blvd. #591353
3  SF, CA 94118
4  Phone: 925-405-7796
5  Email: ElenMeder@gmail.com
6

*FILED*

*AUG 1 9 2020*

*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTH DISTRICT OF CALIFORNIA*

7
8        **UNITED STATES DISTRICT COURT**
9       **NORTHERN DISTRICT OF CALIFORNIA**
10

Elen Meder et al., IN PRO SE
                    Petitioners & Movants,

vs.

COUNTY OF SAN FRANCISCO,
HUMAN SERVICES AGENCY,
DEPARTMENT OF HUMAN SERVICES
                    Respondent

**Case No: 20-cv-01200-WHO**

**2nd ADMINISTRATIVE MOTION**

**TO SEAL CASE**

SCANNED

11
12  With this 2nd Administrative Motion, the Petitioners and Movants are moving this Court to
13  SEAL the entire civil case file as a last resort.
14
15  Pursuant to Fed.R.Civ.P. 79-5., this 2nd Administrative Motion is accompanied by declarations
16  of both Petitioners and proposed order. This Administrative Motion is served on all parties that
17  have appeared in this case.
18
19                          **INTRODUCTION**
20  The entire civil case is relied solely upon 20 C.F.R. §416.1618 "When you are considered
21  permanently residing in the United States under color of law" (PRUCOL) for federal question
22  jurisdiction due to political asylum pending applications of the Petitioners.
23
24  The federal regulations at 8 CFR 208.6 protect the Confidentiality of asylum Applicants
25  prohibiting the disclosure to third parties of information contained in or penetrating to asylum
26  applications.
27

**Case No: 20-cv-01200-WHO**

RECEIVED

2020 AUG 19 A 6: 23

SUSAN Y. SOONG
CLERK. US DISTRICT COURT
NO. DIST. OF CA.

DOCUMENT SUBMITTED UNDER SEAL

1   The Request to seal case was granted for the Complain and its Exhibits ONLY. (Dkt.No.20)

2

3   Alternative, i.e., redacted version of other filings of this case in the form of sealing personally -

4   identifying information of Petitioners as political asylum Applicants and identifying their location

5   was denied. (Dkt. No.22)

6                                    **ISSUE PRESENTED**

7   The disclosure to third parties, personally-identifying information in other filings' context that

8   focused on petitioners' residing status in the United States due to their political asylum

9   applications, violates the 8 CFR 208.6.

10

11  There exists an overriding interest that overcomes the right of public access to the portions of the

12  records to be sealed; the overriding interest supports sealing those records; a substantial

13  probability exists that the overriding interest will be prejudiced if the record is not sealed.

14  Evidence - Exhibit H

15

16  The Judicial Conference of the United States[1] adopted a national policy. The policy emphasizes

17  that "an entire civil case file should only be sealed when... sealing... is required by statute or rule

18  or justified by a showing of extraordinary circumstances and the absence of narrower feasible and

19  effective alternatives such as sealing discrete documents or redacting information so that sealing

20  an entire case file is a last resort." published on September 13, 2011

21

22                                    **CONCLUSION**

23  This Motion complies with this policy due to the indicated findings justifying the sealing and the

24  federal regulations at 8 CFR 208.6.

25  This Motion conforms with Fed.R.Civ.P. 79-5.

26  Therefore, the Petitions respectfully request for their safety to seal the entire civil case file as a

27  last resort.

28                              Respectfully submitted,

29  Dated: 08/18/2020

                              Elen Meder              Walter Meder

---

[1] https://www.uscourts.gov/news/2011/09/13/conference-approves-standards-procedures-sealing-civil-cases-0

**Case No: 20-cv-01200-WHO**

RECEIVED

2020 AUG 19 A 6: 23

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

DOCUMENT SUBMITTED UNDER SEAL

1
2
3                    **DECLARATION OF WALTER MEDER**
4
5
6
7      I, Walter Meder, Petitioner and Movant IN PRO SE, hereby declare the following under penalty
8      of injury:
9
10     1. I am a political asylum seeker in the USA from Germany. Since 2017, my asylum application
11     is pending.
12
13     2. Due to these extraordinary circumstances, I keep all my and my spouse's dates strictly
14     confidential. I do not register myself in any social media portals. I avoid publications on the
15     Internet about my spouse and me, and I am checking this permanently.
16
17     3. This Court Case contains my data, i.e., personally-identifying information, including my full
18     name, email ID, and tools for identification of my location, i.e., actual residence, mailing
19     addresses, and cell phone number.
20
21     4. This Court Case with my data is copied from the Court dockets by internet companies for
22     further sales via the Internet. Internet companies also copy the record from each other, spreading
23     my data through the Internet worldwide.
24
25
26     Dated: 08/18/2020
27                                            _____
                                                   Walter Meder
28
29
30

**Case No: 20-cv-01200-WHO**

- 3 -

RECEIVED

2020 AUG 19  A  b: 23

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

DOCUMENT SUBMITTED UNDER SEAL

1
2
3                     DECLARATION OF ELEN MEDER
4
5
6
7   I, Elen Meder, Petitioner and Movant IN PRO SE, hereby declare the following under penalty of
8   injury:

9   1. I am a political asylum seeker in the USA from Germany. Since 2017, my asylum application
10  is pending.

11  2. Due to these extraordinary circumstances, I keep all my and my spouse's dates strictly
12  confidential. I do not register myself in any social media portals. I avoid publications on the
13  Internet about my spouse and me, and I am checking this permanently.

14  3. This Court Case contains my data, i.e., personally-identifying information, including my full
15  name, email ID, and tools for identification of my location, i.e., actual residence, mailing
16  addresses, and cell phone number.

17  4. This Court Case with my data is copied from the Court dockets by internet companies for
18  further sales via the Internet. Internet companies also copy the record from each other, spreading
19  my data through the Internet worldwide.

20
21  Dated: 08/18/2020                                  _____

                                                       Elen Meder
22
23
24
25

RECEIVED

2020 AUG 19  A 6: 23

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

DOCUMENT SUBMITTED UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31

# EXHIBIT H

Case No: 20-cv-01200-WHO

RECEIVED

2020 AUG 19 A 6: 23

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

DOCUMENT SUBMITTED UNDER SEAL

1

2   https://www.govinfo.gov/app/details/USCOURTS-cand-3_20-cv-01200

3

4   https://www.pacermonitor.com/public/case/32407914/Meder_et_al_v_City_and_County_of_San

5   _Francisco,_Human_Service_Agency support@pacermonitor.com

6

7   https://www.courtlistener.com/docket/16859741/meder-v-city-and-county-of-san-francisco-

8   human-service-agency/  info@free.law

9

10  https://www.leagle.com/decision/infdco20200309724 https://www.leagle.com/contact-us

Case No: 20-cv-01200-WHO

RECEIVED

2020 AUG 19  A 6: 23

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

DOCUMENT SUBMITTED UNDER SEAL



1

Case No: 20-cv-01200-WHO

- 7 -

RECEIVED

2020 AUG 19 A 6: 23

SUSAN Y. SOONG
CLERK. US DISTRICT COURT
NO. DIST. OF CA.



DOCUMENT SUBMITTED UNDER SEAL

Case No: 20-cv-01200-WHO

- 8 -

RECEIVED

2020 AUG 19 A 6: 23

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

**EM**

| | |
|---|---|
| **Von:** | Chris C [chris@defamationdefenders.com] |
| **Gesendet:** | Montag, 17. August 2020 09:17 |
| **An:** | Elen Meder |
| **Betreff:** | Re: Your recent inquiry about removing a link frompacermonitor.com.. |

Great we can help. Our fee is $500 to assist with the process. Interested in proceeding?



**Chris**
Reputation
Advisor

720-608-5177

chris@defamationdefenders.com

https://defamationdefenders.com
4845 Pearl East Circle, Suite 101, Boulder, Cc
80301



DefamationDefenders



On Mon, Aug 17, 2020 at 11:16 AM Elen Meder <elenmeder@gmail.com> wrote:
Good morning, Chris,

There is one option only - to remove. Please do this ASAP.

Thank you for your cooperation.

Regards,

Elen

On Mon, Aug 17, 2020, 06:19 Chris C. <chris@defamationdefenders.com> wrote:
Hi Elen,

I just received your inquiry about removing a link off pacermonitor.com. I would like to give you some options in fixing this.

When would be a convenient time for us to speak?

I look forward to your response.

Regards,

Chris

720-608-5177

RECEIVED

2020 AUG 19  A 6: 23

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

**Chris**
Reputation
Advisor

chris@defamationdefenders.com

https://defamationdefenders.com
4845 Pearl East Circle, Suite 101, Boulder,
Colorado 80301



RECEIVED

2020 AUG 19 A b: 23

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

Google

elen meder and walter meder                                        ✕  🔍                                    Anmelden

🔍 Alle     🖼 Bilder     ♦ Maps     🞑 News     ▶ Videos     ⋮ Mehr          Einstellungen   Suchfilter

Ungefähr 1.100.000 Ergebnisse (0,38 Sekunden)

lawzilla.com › blog › elen-meder-...  ▾ Diese Seite übersetzen
**ELEN MEDER, WALTER MEDER v. COUNTY OF SAN ...**
18.10.2019 - Elen and Walter Meder, who have appeared in propria persona throughout these
proceedings, contend they are entitled to receive social ...

www.govinfo.gov › app › details  ▾ Diese Seite übersetzen
**20-1200 - Meder et al v. City and County of San Francisco ...**
Party Names: City and County of San Francisco, Human Service Agency, Defendant Elen
Meder, Plaintiff Walter Meder, Plaintiff. Skip back to top ...

www.pacermonitor.com › case  ▾ Diese Seite übersetzen
**Meder et al v. City and County of San Francisco, Human ...**
18.02.2020 - Meder et al v. City and County of San Francisco, Human ... Filed by Elen Meder,
Walter Meder. Consent/Declination due by 3/3/2020. (wsnS ...

www.pacermonitor.com › case  ▾ Diese Seite übersetzen
**Meder et al v. City and County of San Francisco, Human Service ...**
Administrative Motion to File Under Seal filed by Elen Meder, Walter Meder.(jgS, COURT
STAFF). Related [-]. Att: 1 Declaration,. Att: 2 Proposed Order.

www.courtlistener.com › docket  ▾ Diese Seite übersetzen
**Meder v. City and County of San Francisco, Human Service ...**
18.02.2020 - Filed by Elen Meder. Walter Meder. Consent/Declination due by 3/3/2020. (
Attachments: # 1 Civil Cover Sheet) (wsnS, COURT STAFF) (Filed ...

dockets.justia.com › circuit-courts  ▾ Diese Seite übersetzen
**Elen Meder, et al v. City & County of San Francisco 20-15716 | U.S.
...**
Plaintiff / Appellant: ELEN MEDER and WALTER MEDER. Defendant / Appellee: CITY AND
COUNTY OF SAN FRANCISCO, HUMAN SERVICE AGENCY.

www.leagle.com › decision  ▾ Diese Seite übersetzen
**MEDER v. CITY AND COUNTY | Case No. 20-cv-01200-WHO ...**
24.03.2020 - Plaintiffs Elen and Walter Meder filed this case, along with an application to
proceed in forma pauperis, on February 18, 2020. In their complaint ...

www.leagle.com › decision › infdc...  ▾ Diese Seite übersetzen
**MEDER v. CITY AND COUNTY | Case No. 20-cv-01200-KAW ...**
06.03.2020 - On February 18, 2020, Plaintiffs Elen Meder and Walter Meder filed this civil
action and application to proceed in forma pauperis. Having ...

trellis.law › ruling › CGC19573689  ▾ Diese Seite übersetzen
**ELEN MEDER VS. WALMART, INC. ET AL March 16, 2020 ...**
16.03.2020 - Tentative ruling on case ELEN MEDER VS. WALMART, INC. ET AL by Hon. ...
Meder (for Elen Meder ). Track Party - Walter Meder - Plaintiff.

trellis.law › ruling › CPF17515968 - Diese Seite übersetzen
**ELEN MEDER ET AL VS. COUNTY OF SAN FRANCISCO ...**
10.07.2018 - (Amended) Notice Of Hearing "Writ" The matter is on calendar for Tuesday, July
10, 2018, Line 1, PETITIONERS ELEN MEDER, WALTER ...

1  2  3  4  5  6  7  8  9  10          Weiter

San Francisco, Kalifornien - Laut meiner IP-Adresse - Genauen Standort verwenden - Weitere Informationen

Hilfe     Feedback geben     Datenschutzerklärung     Nutzungsbedingungen

RECEIVED

2020 AUG 19 A 6: 23

SUSAN Y. SOONG
CLERK. US DISTRICT COURT
NO. DIST. OF CA.

# Meder et al v. City and County of San Francisco, Human Service Agency

| | | | |
|---|---|---|---|
| **California Northern District Court** | | **Case Filed:** | Feb 18, 2020 |
| **Judge:** | William H Orrick | **Terminated:** | Mär 24, 2020 |
| **Case #:** | 4:20-cv-01200 | | |
| **Nature of Suit** | 899 Other Statutes – Administrative Procedure Act/Review or Appeal of Agency Decision | | |
| **Cause** | 42:1981 Civil Rights | | |

Docket    Parties (3)    Opinions (1)

Last checked: **Sonntag Aug 16, 2020 4:59 AM PDT**

**Defendant**
City and County of San Francisco, Human Service Agency

**Represented By**
Tara M. Steeley
*San Francisco City Attorney'S Office*
contact info

**Plaintiff**
Elen Meder
3245 Geary Blvd. #591353
San Francisco, CA 94118

**Plaintiff**
Walter Meder
3245 Geary Blvd #591353
San Francisco, CA 94118

 GPO   Mär 06 2020

ORDER Granting 2 In Forma Pauperis Application; REPORT AND RECOMMENDATIONS to Dismiss 1 Complaint for Lack of Jurisdiction; ORDER Reassigning Case to a District Judge. Objections due by 3/23/2020. Signed by Judge Kandis A. Westmore on 3/6/2020. (kawlc2S, COURT STAFF) (Filed on 3/6/2020) (Additional attachment(s) added on 3/6/2020: # (1) Certificate/Proof of Service) (dtmS, COURT STAFF).

RECEIVED

2020 AUG 19 A 6: 23

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

Docket last updated: 08/14/2020 11:59 PM PDT

## Freitag, März 06, 2020

| 5 | 📄 | motion | Report and Recommendations Order Order Reassigning Case ~Util - Terminate Motions | Fr 03/06 10:00 AM |

ORDER Granting 2 In Forma Pauperis Application; REPORT AND RECOMMENDATIONS to Dismiss 1 Complaint for Lack of Jurisdiction; ORDER Reassigning Case to a District Judge. Objections due by 3/23/2020. Signed by Judge Kandis A. Westmore on 3/6/2020. (kawlc2S, COURT STAFF) (dtmS, COURT STAFF)

## Dienstag, Februar 18, 2020

| 4 | 📄 | order | Initial Case Management Scheduling Order with ADR Deadlines | DI 02/18 3:09 PM |

Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 5/12/2020. Initial Case Management Conference set for 5/19/2020 at 1:30 PM.(wsnS, COURT STAFF)

Att: 1 📄 Notice Regarding Resources Available to Pro Se Litigants

| 3 | 📄 | motion | Permission for Electronic Case Filing | DI 02/18 3:08 PM |

MOTION for Permission for Electronic Case Filing filed by Elen Meder. (wsnS, COURT STAFF)

Att: 1 📄 Registration Form,

Att: 2 📄 Proposed Order

| 2 | 📄 | motion | Proceed In Forma Pauperis | DI 02/18 3:07 PM |

MOTION for Leave to Proceed in forma pauperis filed by Elen Meder. (wsnS, COURT STAFF)

| 1 | 📄 | cmp | Complaint | DI 02/18 3:06 PM |

COMPLAINT against All Defendants. Filed by Elen Meder, Walter Meder. Consent/Declination due by 3/3/2020. (wsnS, COURT STAFF)

Att: 1 📄 Civil Cover Sheet

## Continue to Create Account

Privacy • Terms • About
PacerMonitor, LLC © 2019.

RECEIVED

2020 AUG 19 A b: 22

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

**EM**

| | |
|---|---|
| **Von:** | Mike Lissner [mike@free.law] |
| **Gesendet:** | Freitag, 10. Juli 2020 10:57 |
| **An:** | elenmeder@gmail.com |
| **Betreff:** | Re: [CourtListener] Contact: Removal the case! |

Hello,

Consistent with our removal policy:

https://www.courtlistener.com/removal/

and based on your description, I have requested that the page you referenced and associated files be removed from search engines. We have *not* removed this page from our website and will not do so without a court order. For details about this policy and an explanation of why we do not remove content from our website, please see the removal policy linked above.

We cannot control how quickly Google, Bing, Yahoo! etc. act on this, but we have requested of them that they remove these pages from their search engines and they typically do so within a few months. We wish this process were faster on their end, but to do this properly does take some time.

To expedite this, you may want to use Google's tool for removing outdated content as explained here:

https://support.google.com/webmasters/answer/7041154

You should understand that we and many other sites retrieve the documents from the courts' websites and other third parties that collect court documents, where they may still be available. We also cannot control the availability of the document(s) on the courts' websites or on other sites that collect and distribute public court documents. You may wish to contact other sites that host the document directly.

If this item says that it is "not to be published" or "not for publication" or similar, this has a specific legal meaning. Please see the explanation in our FAQ, here:

https://www.courtlistener.com/faq/#non-precedential

If you have a court order requiring that the docket be sealed or otherwise redacted, you may send it in reply.

We only control the CourtListener.com domain. We cannot do anything about links that are on any other website.

Thank you,

On Mon, Jul 6, 2020 at 1:54 PM CourtListener <noreply@courtlistener.com> wrote:
  Subject: Removal the case!
  From: Elen Meder (elenmeder@gmail.com)


  To whom it may concern:
  You MUST remove the UNLAWFULLY copied documents from the Court dockets the latest by

RECEIVED

2020 AUG 19 A 6: 22

SUSAN Y. SOONG
CLERK. US DISTRICT COURT
NO. DIST. OF CA.

Friday, June 26, 2020, from your website for sales on the Internet!
https://www.courtlistener.com/docket/16859741/parties/meder-v-city-and-county-of-san-francisco-human-service-agency/
The Court Clerk is informed about this UNLAWFUL fact accordingly.
Regards,

Browser: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:78.0) Gecko/20100101 Firefox/78.0


--
Mike Lissner
Executive Director
Free Law Project
https://free.law

RECEIVED

2020 AUG 19  A 6: 22

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.