FILED
AUG 28 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Northern District Court of California**

U.S. District Court case number: **20-cv-01200-WHO**

Date case was first filed in U.S. District Court: **02/18/2020**

Date of judgment or order you are appealing: **08/21/2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◯ Yes   ◯ No   ● IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Elen Meder
Walter Meder

Is this a cross-appeal?  ◯ Yes   ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ● Yes   ◯ No

If Yes, what is the prior appeal case number? **20-15716**

Your mailing address:

3245 Geary Blvd. #591353

City: **San Francisco**   State: **CA**   Zip Code: **94118**

Prisoner Inmate or A Number (if applicable):

Signature: */s/ Elen Meder*   Date: **08/28/2020**

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                 Rev. 12/01/2018

RECEIVED

2020 AUG 28  A 10: 10

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Elen Meder, IN PRO SE |

Name(s) of counsel (if any):

| |
|---|
|  |

Address: 3245 Geary Blvd. #591353, San Francisco CA 94118

Telephone number(s): 925-405-7796

Email(s): elenmeder@gmail.com

EM / ~~Is counsel~~ registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| CITY AND COUNTY OF SAN FRANCISCO, HUMAN SERVICE AGENCY |

Name(s) of counsel (if any):

| |
|---|
| Tara Steeley<br>Deputy City Attorney<br>San Francisco City Attorney's |

Address: 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102

Telephone number(s): 415-554-4655

Email(s): Tara.Steeley@sfcityatty.org

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                    *New 12/01/2018*

RECEIVED
2020 AUG 28  A 10: 10
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

> Walter Meder, IN PRO SE

Name(s) of counsel (if any):

Address: 3245 Geary Blvd. #591353, San Francisco CA 94118

Telephone number(s): 925-405-7796

Email(s): waltermeder1@gmail.com

*WM* ~~Is counsel~~ registered for Electronic Filing in the 9th Circuit?   ⊙ Yes   ○ No

## Appellees

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                2                          New 12/01/2018

RECEIVED

2020 AUG 28  A 10: 10

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELEN MEDER, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, HUMAN SERVICE AGENCY,

    Defendant.

Case No. 20-cv-01200-WHO

**ORDER DENYING SECOND MOTION TO SEAL**

Plaintiffs' second administrative motion to seal the case (received August 19, 2020) is DENIED. 8 C.F.R. § 208.6 – the sole authority on which plaintiffs rely – restricts disclosure *by the government* of information in asylum applications and related records. The contents of any asylum applications or related records are not publicly available through *this* case file. What is available, as noted before, is information voluntarily provided by plaintiffs; their email addresses, cell phone numbers, and mailing addresses. No compelling justifications have been shown to seal that limited information.

Relatedly, plaintiffs have not shown a compelling justification requiring the sealing of the whole case. They chose to file this case in federal court without seeking leave to proceed anonymously. More significantly, plaintiffs' status as asylum applicants living in San Francisco has previously been publicly disclosed in the related state court proceedings, including in the unpublished California Court of Appeal decision from October 2019.

No further motions to seal will be accepted or addressed by this Court.

**IT IS SO ORDERED.**

Dated: August 21, 2020

William H. Orrick
United States District Judge

RECEIVED

2020 AUG 28 A 10: 10

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.